AP-77,04
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 4/22/2015 3:37:41 PI
Accepted 4/22/2015 4:15:36 PI
ABEL ACOST.
CLER

NO. AP-77,045

## IN THE COURT OF CRIMINAL APPEALS

## FOR THE STATE OF TEXAS

\* \* \*

### HARLEM HAROLD LEWIS III,

*Appellant*

*v.*

### THE STATE OF TEXAS,

*Appellee*

\* \* \*

## MOTION FOR WITHDRAW AND SUBSTITUTION OF COUNSEL

*Death Penalty Case*

---

On Appeal in Cause No. 1428102 from the
351ST District Court of Harris County, Texas

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

NOW COMES, ROBERT MORROW, requesting to withdraw as counsel for Appellant HARLEM HAROLD LEWIS III and GERALD E. BOURQUE, requesting to substitute as counsel for Appellant, HARLEM

HAROLD LEWIS III, and files this Motion for Withdraw and Substitution of Counsel. In support of this motion, Counsel respectfully shows the Court the following:

I.

After a hearing, the trial court determined that a conflict had arisen between appointed counsel and Appellant. Attorney Gerald E. Bourque, State Bar No. 02716500, requests to substitute in as new appellate counsel.

WHEREFORE, PREMISES CONSIDERED, Counsel respectfully prays that the Court grant his motion as set out above.

Respectfully submitted:

/s/ Robert A. Morrow
ROBERT A. MORROW
State Bar No. 14542600
24 Waterway Ave., Suite 660
The Woodlands, Texas 77380
Telephone: 281-379-6901
Fax: 832-813-0321


/s/ Gerald E. Bourque
GERALD E. BOURQUE
State Bar No. 02716500
24 Waterway Ave., Suite 660
The Woodlands, TX 77380
Telephone: 281-379-6901
Fax: 832-813-0321

## CERTIFICATE OF SERVICE

As required, and in accordance with, the Texas Rule of Appellate Procedure, I certify that I have served this document on the following parties on April 22, 2015:

Harris County District Attorney's Office
Appellate Division
1201 Franklin, Suite 600
Houston, Texas 77002
Ph. 713-755-5826
Fax: 713-755-5809


Harlem Lewis Harold Lewis III
TDCJ# 00999595
3872 FM 350 South
Livingston, Texas 77351

/s/ Robert A. Morrow
ROBERT A. MORROW